# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.   09-cv-00289-REB-BNB

IRENE AYERS, individually, et al..,

      Plaintiffs,

v.

SSC THORNTON OPERATING COMPANY, LLC., d/b/a ALPINE LIVING CENTER,

      Defendant.

## MINUTE ORDER[1]

      The matter comes before the court on the **Stipulated Motion to Vacate and Reschedule January 25, 2010 Trial Setting** [#14] filed April 15, 2009.  The motion is **DENIED** without prejudice as premature.

      Dated:  April 15, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.