IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00289-REB-BNB

IRENE AYERS, individually,
JULIE R. HARRIS, individually,
CHRISTINA TALBOT, individually, and
IRENE AYERS, as personal representative for the ESTATE OF DONALD D. AYERS, deceased,

Plaintiffs,

v.

SSC THORNTON OPERATING COMPANY, LLC, d/b/a ALPINE LIVING CENTER,

Defendant.

_____

**ORDER**
_____

This matter arises on the **Unopposed Motion to Modify/Amend Scheduling Order for the Parties' Expert Witness Designation Deadlines** [Doc. # 18, filed 7/31/2009] (the "Motion").  The Motion is GRANTED IN PART.

The plaintiffs seek an extension of the deadline for designating their expert witnesses, which in turn requires extensions of (1) the deadline for the defendant to designate experts and rebuttal experts; (2) the deadline for the plaintiffs to designate rebuttal experts; and (3) the discovery cut-off and dispositive motion deadlines.  The district judge has set the case for a trial preparation conference on January 8, 2010, and for trial beginning January 25, 2010.  Any extensions of pretrial deadlines cannot impact those dates.  In particular, extensions must afford the district judge sufficient time to decide dispositive motions.  Accordingly,

IT IS ORDERED that the case schedule is modified to the following extent:

Expert discovery cut-off:         **October 16, 2009**.

Dispositive Motion Deadline:      **October 16, 2009**.

Expert Disclosures:

(a)  The plaintiffs shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 12, 2009**;

(b)  The defendant shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 15, 2009**; and

(c)  The plaintiffs shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 25, 2009**.

Dated August 6, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge