IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00289-REB-BNB

IRENE AYERS, individually,
JULIE R. HARRIS, individually,
CHRISTINA TALBOT, individually, and
IRENE AYERS, as personal representative for the ESTATE OF DONALD D. AYERS, deceased,

Plaintiffs,

v.

SSC THORNTON OPERATING COMPANY, LLC, d/b/a ALPINE LIVING CENTER,

Defendant.
_____

**ORDER**
_____

This matter arises on **Plaintiffs' Motion for Order Compelling Disclosures and Discovery** [Doc. # 21, filed 8/12/2009] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning, at which time the parties entered into a stipulation. Consistent with that stipulation, the defendant shall provide to the plaintiffs within 15 days the full names and last known addresses of (1) all CNA's working the night shift at Alpine Living Center on March 31, 2007, and (2) all personnel making entries on the "SSC--Bowel and Bladder Detail Report" on March 31, 2007, and April 1, 2007. In the event the information to be disclosed is deemed confidential, I will enter a blanket protective order to limit the scope of the disclosure of the information. See Gillard v. Boulder Valley School Dist., 196 F.R.D. 382 (D. Colo. 2000). This stipulation resolves the dispute renders moot the Motion to Compel. Accordingly,

IT IS ORDERED that the Motion to Compel is DENIED as moot.

Dated August 26, 2009.

                                                                     BY THE COURT:

                                                                     s/ Boyd N. Boland
                                                                     United States Magistrate Judge