IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00289-REB-BNB

IRENE AYERS, individually,
JULIE R. HARRIS, individually,
CHRISTINA TALBOT, individually, and
IRENE AYERS, as personal representative for the ESTATE OF DONALD D. AYERS, deceased,

Plaintiffs,

v.

SSC THORNTON OPERATING COMPANY, LLC, d/b/a ALPINE LIVING CENTER,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for reasons stated on the record. In addition, one deposition remains to be taken.

IT IS ORDERED that the proposed final pretrial order is REFUSED.

IT IS FURTHER ORDERED that discovery is reopened, to and including **December 14, 2009**, solely to allow the deposition of the plaintiff's rebuttal expert witness, Dr. Michael Doberson.

IT IS FURTHER ORDERED that the parties shall prepare a revised final pretrial order, modified as discussed this morning, and submit it to the court on or before **December 14, 2009**.

IT IS FURTHER ORDERED that a supplemental final pretrial conference is set for **December 18, 2009, at 1:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States

Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the parties shall submit confidential settlement statements tomy chambers on or before **November 23, 2009**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated November 16, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge