**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00289-REB-BNB

IRENE AYERS, individually,
JULIE R. HARRIS, individually,
CHRISTINA TALBOT, individually, and
IRENE AYERS, as personal representative of the ESTATE OF DONALD D. AYERS, deceased,

    Plaintiffs,

v.

SSC THORNTON OPERATING COMPANY, LLC, d/b/a ALPINE LIVING CENTER

    Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

The attached **Juror Questionnaire** is approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** that the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

Dated March 8 2010 at Denver, Colorado.

                                                       **BY THE COURT:**

                                                       */s/ Bob Blackburn*
                                                       Robert E. Blackburn
                                                       United States District Judge