IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-00289-REB-BNB

IRENE AYERS, individually,

    Plaintiff,

v.

SSC THORNTON OPERATING COMPANY, LLC., d/b/a ALPINE LIVING CENTER,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss** [#63] filed May 5, 2010. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#63] filed May 5, 2010, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 5, 2010, at Denver, Colorado.

                        BY THE COURT:

                        */s/ Bob Blackburn*
                        Robert E. Blackburn
                        United States District Judge